IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JASON SEAN SHARPE,**<br>    **Plaintiff,**<br><br>**v.**<br><br>**HAROLD CLARKE, et al,**<br>    **Defendant(s),** | Civil Action No. 7:20-cv-00636<br><br>**MEMORANDUM OPINION**<br><br>By:  Thomas T. Cullen<br>United States District Judge |

    Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered November 24, 2020, the court directed plaintiff to submit within 20 days from the date of the order an inmate account form and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On November 19, 2020 plaintiff submitted monthly inmate account statements; however, only one of the required six-month statements was included, leaving the months of April, May, July, August, and September left to submit. On November 24, 2020, the court gave plaintiff one last opportunity to cure the deficiencies by sending the required monthly statements, as well as the trust officer's signature. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court will dismiss this action without prejudice and strike the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

    **ENTERED** this 29th day of December, 2020.

                                                            */s/ Thomas T. Cullen*
                                                           United States District Judge